In the Matter of NEWMAN LAKE HOUSE, INC., Respondent, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority, Appellants.

Argued May 20, 1940; decided May 28, 1940.

*Spencer B. Eddy* for motion.

*Monroe I. Katcher, II*, and *Francis V. McHugh* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.